# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Lilly Nguyen | ) | Case No. |
| | ) | 21-MJ-2139-MBB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 2020 - March 2021** in the county of **Middlesex** in the
District of **Massachusetts** , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1343 | Wire fraud |
| 18 U.S.C. § 1344 | Bank fraud |
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud and bank fraud |
| 18 U.S.C. § 1028A | Aggravated identity theft |
| 18 U.S.C. § 1001 | Lying to a federal investigator |

This criminal complaint is based on these facts:

See attached affidavit, subscribed and sworn telephonically.

☑ Continued on the attached sheet.

*Michael Livingood*
Complainant's signature

Michael Livingood, FBI, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 8, 2021

HON. MARIANNE B. BOWLER
United States Magistrate Judge

City and state: Brookline, Massachusetts